### 48536. AMIE v. DAVIS.

PANNELL, Judge. The notice of appeal is "from the May 10, 1973, Order directing a verdict against the plaintiff and certain rulings during the trial sustaining objections to certain questions by plaintiff's counsel to a witness." There is no certificate of review. There can be no effective appeal from anything but a judgment — final judgment without a certificate, or an interlocutory judgment with a certificate. Section 1 of the Appellate Practice Act, as amended (Ga. L. 1965, p. 18; Ga. L. 1968, pp. 1072, and 1073; Code Ann. § 6-701); *Interstate Fire Ins. Co. v. Chattam,* 222

Ga. 436 (150 SE2d 618); *Williams v. Keebler,* 222 Ga. 437 (150 SE2d 674); *Davis v. Davis,* 224 Ga. 740 (164 SE2d 816); *Hurst v. Starr,* 226 Ga. 42 (172 SE2d 604); *Smith v. Sorrough,* 226 Ga. 744 (177 SE2d 246); *Herrington v. Herrington,* 230 Ga. 94 (195 SE2d 654).

*Appeal dismissed. Eberhardt, P. J., and Stolz, J., concur.*

ARGUED SEPTEMBER 5, 1973 — DECIDED NOVEMBER 2, 1973.

*Kirby G. Bailey,* for appellant.
*Robert T. Efurd, Jr.,* for appellee.